### KERN et al. v. YANTIS.

No. 17404—Opinion Filed Nov. 23, 1926.

**Appeal and Error—Review—Insufficiency of Evidence—Lack of Objection at Trial.**

Where a demurrer is not interposed to the evidence or a directed verdict requested, the insufficiency of the evidence to sustain the verdict cannot be reviewed by this court.

(Syllabus by Jarman, C.)

Commissioners' Opinion, Division No. 2.

Error from District Court. Payne County; Charles C. Smith, Judge.

Action by William Yantis against Charles L. Kern and Kern Oil Company. Judgment for plaintiff, and defendants bring error. Affirmed.

Higgins & Berton, for plaintiffs in error.

John P. Hickam and Geo. A. Hoke, for defendant in error.

Opinion by JARMAN, C. The parties will be referred to as they appeared in the trial court. William Yantis, as plaintiff, brought this action against Charles L. Kern and Kern Oil Company, as defendants, to recover for balance alleged to be due for five cars of oil sold by the plaintiff to defendants. Verdict was for plaintiff, on which judgment was rendered and the defendants have appealed.

The only assignment of error urged and discussed is that the evidence is insufficient to support the verdict. This assignment cannot be considered, and nothing is presented here for review, for the reason that the defendants neither demurred to the evidence of the plaintiff nor requested a directed verdict in their favor. Schmucker v. Clifton, 62 Okla. 249, 162 Pac. 1094.

Therefore, the judgment of the trial court is affirmed.

By the Court: It is so ordered.

Note.—See 3 C. J. p. 839, §746.